# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

**No. 14-3043**                                                  **September Term, 2018**

**1:10-cr-00334-RCL-1**

**Filed On:** June 25, 2019

In re: Sealed Case,

**BEFORE:**   Henderson and Griffith, Circuit Judges; Sentelle, Senior Circuit Judge

# UNDER SEAL OPINION
# NOT AVAILABLE TO PUBLIC